**IT IS ORDERED as set forth below:**



Date: September 15, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10669-pmb |
| | : | |
| PRECIOUS DEKOTA A. WHITE, | : | CHAPTER 7 |
| Debtor. | : | |
| | : | JUDGE BAISIER |
| | : | |
| INVITATION HOMES 7 LP, | : | |
| Movant, | : | |
| vs. | : | |
| | : | CONTESTED MATTER |
| PRECIOUS DEKOTA A. WHITE, | : | |
| Debtor. | : | |
| | : | |
| GRIFFIN E. HOWELL, III, | : | |
| Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

This matter came before the Court on September 13, 2023, on Movant INVITATION HOMES 7 LP's ("MOVANT") Motion for Relief from Stay ("Motion") in this bankruptcy proceeding, filed on August 22, 2023, docket number 22. MOVANT seeks an Order granting it relief from the automatic stay so that it may proceed with exercising its state law rights to recover possession of its property located at 361 Hunterian Place, Newnan, GA 30265 ("Property") and to pursue a monetary judgment against PRECIOUS DEKOTA A. WHITE ("Debtor") for all post-petition amounts due and owing to the extent permitted by Georgia law. No Party appeared in opposition to the Motion, therefore,

**IT IS HEREBY ORDERED** that the automatic stay is modified: (1) to permit MOVANT to pursue its state law remedies against Debtor through initiation of dispossessory proceedings to recover possession of and enjoy the use of the Property which it asserts it owns, and to specifically dispossess the Debtor and all other occupants therefrom, along with removing Debtor's and any occupants' personal property remaining upon the Property, to the extent permitted by Georgia law; and

(2) to permit MOVANT to seek a monetary judgment against Debtor for post-petition amounts currently due under the Lease but cannot collect the monetary judgment during the pendency of this bankruptcy case without express permission from this Court.

**IT IS FURTHER ORDERED** the 14-Day Stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

[END OF DOCUMENT]

Order Prepared By:

*/s/ John G. Brookhuis*
John G. Brookhuis
Georgia Bar No. 940484
4228 First Ave., Suite 10
Tucker, GA 30084
T: (770) 491-0175
E: jbrookhuis@oslawllc.com
*Attorney for Movant*

DISTRIBUTION LIST

| | |
|---|---|
| Precious Dekota A. White<br>361 Hunterian Place<br>Newnan, GA 30265<br>*Pro-Se Debtor* | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Dr. SW<br>Atlanta, GA 30303<br>*U.S. Trustee* |
| Griffin E. Howell, III<br>Griffin E. Howell III & Assoc, Ltd<br>127 1/2 East Solomon Street<br>PO Box 2271<br>Griffin, GA 30224<br>*Trustee* | |